UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
NEW YORK MARINE AND GENERAL        :
INSURANCE COMPANY, et al.,         :
                Plaintiffs,   :      21 Civ. 1078 (LGS)
:
       -against-               :      ORDER
:
OHIO SECURITY INSURANCE COMPANY, et :
al.,                                :
                Defendants.   :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the initial pretrial conference in this matter is scheduled for April 8, 2021.

    WHEREAS, the parties filed a letter that identified a dispute regarding the Court's subject matter jurisdiction over this case. *See* Dkt. No. 9. It is hereby

    **ORDERED** that the April 8, 2021, initial pretrial conference is **adjourned sine die** and discovery is **stayed** pending resolution of the anticipated motion referenced below. It is further

    **ORDERED** that, by **April 14, 2021**, Plaintiffs shall file a motion to remand for lack of subject matter jurisdiction not to exceed 10 double-spaced pages. By **April 22, 2021**, Defendants shall file a response not to exceed 10 double-spaced pages. No reply shall be filed unless directed by the Court. It is further

    **ORDERED** that the parties shall attend a telephonic conference at **10:30 A.M. on April 29, 2021**, at which time the Court will orally rule on the motion. No argument will be heard. The parties shall call (888) 363-4749 and use Access Code 558-3333. The time of the conference is approximate, but the parties shall be ready to proceed at that time.

Dated: April 6, 2021
       New York, New York

                                                LORNA G. SCHOFIELD
                                                UNITED STATES DISTRICT JUDGE