UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                              :
NEW YORK MARINE AND GENERAL                                   :
INSURANCE COMPANY, et al.,                                    :
                                    Plaintiffs,               :      21 Civ. 1078 (LGS)
                                                              :
            -against-                                         :      ORDER
                                                              :
OHIO SECURITY INSURANCE COMPANY, et                           :
al.,                                                          :
                                    Defendants.               :
-------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a telephonic conference was scheduled on April 29, 2021, at 10:30 A.M. for the purpose of an oral ruling by the Court.  Dkt. No. 11.

WHEREAS, a scheduling conflict has arisen.  It is hereby

**ORDERED** that the telephonic conference is adjourned to **May 6, 2021, at 10:30 A.M.** The parties shall call (888) 363-4749 and use Access Code 558-3333.  The time of the conference is approximate, but the parties shall be ready to proceed at that time.

Dated: April 27, 2021
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE