UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                                          :

NEW YORK MARINE AND GENERAL      :
INSURANCE COMPANY, et al.,            :
                                          Plaintiffs,  :         21 Civ. 1078 (LGS)
                                                          :
                -against-                     :         <u>ORDER</u>
                                                            :
OHIO SECURITY INSURANCE COMPANY, et :
al.,                                                            :
                                         Defendants. :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, a telephonic conference was scheduled on May 6, 2021, at 10:30 A.M. for the purpose of an oral ruling by the Court. Dkt. Nos. 11, 17.

       WHEREAS, a scheduling conflict has arisen. It is hereby

       **ORDERED** that the telephonic conference is adjourned to **May 13, 2021, at 10:30 A.M.** The parties shall call (888) 363-4749 and use Access Code 558-3333. The time of the conference is approximate, but the parties shall be ready to proceed at that time.

Dated: May 3, 2021
       New York, New York

                                                    **LORNA G. SCHOFIELD**
                                                 **UNITED STATES DISTRICT JUDGE**