UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ X
:
New York Marine and General Insurance Company, et al. :
:
                                     Plaintiffs, :    21 Civ. 1078 (LGS)
:
                   -against- :    <u>ORDER</u>
:
Ohio Security Insurance, et al., :
:
                                   Defendants. :
------------------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, Plaintiff filed a letter seeking leave to amend the Complaint to add Twin Cities Insurance Company ("Twin Cities") and Liberty Mutual Insurance Company ("Liberty");

      WHEREAS, Defendant Ohio Insurance Company and Third-Party Defendant Merchants Mutual Insurance Company ("Merchants") consent to Plaintiff's amending the Complaint to add Twin Cities.

      WHEREAS, the parties request a conference to discuss an extension of fact discovery in light of the addition of Merchants and potential addition of Twin Cities;

      **ORDERED** that Plaintiff's request to amend the Complaint is **GRANTED**.  Pursuant to Federal Rule of Civil Procedure 15(a)(2), "a party may amend its pleading . . . with the opposing party's written consent."   Ohio Insurance Company and Merchants consent to the amendment.  Plaintiff may add Twin Cities as a Defendant.  Plaintiff shall determine whether it wishes to add Liberty as a Defendant, and if so, shall secure the written consent of Ohio Insurance Company and Merchants, and shall include Liberty as a Defendant if at all in the First Amended Complaint.  Plaintiff shall file the First Amended Complaint by **September 30, 2021**.  Plaintiff shall serve any new Defendants by **October 1, 2021**.  It is further

**ORDERED** that all parties as of the filing of the First Amended Complaint shall meet and confer and shall file a proposed Amended Case Management Plan with a new discovery schedule by **October 14, 2021.** The request for a scheduling conference is denied without prejudice. A conference will be scheduled, if necessary, upon receipt of the parties' proposed discovery schedule.

Date: September 17, 2021
New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE