UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NEW YORK MARINE AND GENERAL :
INSURANCE COMPANY, et al.,           :
                              Plaintiffs, :      21 Civ. 1078 (LGS)
                                        :
                -against-              :      <u>ORDER</u>
                                        :
OHIO SECURITY INSURANCE COMPANY, et :
al.,                                                :
                              Defendants, :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the case management conference is scheduled for July 13, 2022, at 4:00 P.M.

      WHEREAS, a settlement conference is scheduled before Magistrate Judge Moses on July 13, 2022, at 2:15 P.M. It is hereby

      **ORDERED** that the case management conference scheduled for July 13, 2022, at 4:00 P.M., is **ADJOURNED** to July 20, 2022, at 4:00 P.M. The parties shall call 888-363-4749 and enter the access code 558-3333. It is further

      **ORDERED** that, by July 18, 2022, the parties shall file a status letter informing the Court about the outcome of the settlement conference.

Dated: July 11, 2022
       New York, New York

                                                         LORNA G. SCHOFIELD
                                                   UNITED STATES DISTRICT JUDGE